# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:10CR156** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **JEREMY M. ZIEGLER,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's unopposed motion to continue the sentencing schedule (Filing No. 25).

Objections were due to the probation officer on September 13, 2010. (Filing No. 16, ¶ 4.) Final objections were to be filed on September 30, 2010. (Id., ¶ 6.) On October 4, 2010, defense counsel moved for an extension of the sentencing schedule stating that due to unanticipated enhancements he needs additional time to object to the PSR.

An amended sentencing schedule will be issued. The deadline for initial objections to the probation officer will be October 12, 2010,[1] and additional deadlines will be rescheduled accordingly. Defense counsel is cautioned to abide by those deadlines and, in the future, to move for any extensions of time in a timely manner. No additional extensions of time will be granted in this case. Moreover, the Court notes that the anticipated speedy trial affidavit referred to in the motion is unnecessary as a plea has been entered.

---

[1] The motion indicates counsel's belief that filing objections with the Court is the first step in the process of objection to the PSR. This is incorrect, as objections are required first to be communicated to the probation officer before the final version of the PSR is prepared and sent to the Court. (Filing No. 16, ¶ 4.)

IT IS ORDERED:

1. The Defendant's motion to continue the sentencing schedule (Filing No. 25) is granted; and

2. An amended sentencing schedule will be issued.

DATED this 5th day of October, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge