IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:10CR156 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JEREMY ZIEGLER, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Defendant's motion to continue the deadline in ¶ 6 of the sentencing schedule (Filing No. 29).

The sentencing schedule requires counsel to submit initial objections to the probation officer by September 13, 2010, before preparation of the final Presentence Investigation Report ("PSR") submitted to the Judge. The deadline for the filing of final objections and other matters is September 30, 2010. Sentencing is scheduled for November 15, 2010.

On October 4, defense counsel filed his first motion for an extension of time to object to the PSR. The motion was filed out of time. Nonetheless, sentencing was continued and the motion was granted. On October 29, 2010, Defense counsel moved again for an extension of time to object to the PSR and to continue sentencing. Defense counsel indicates that he needs additional time to view evidence, conduct research, and submit objections to the PSR. The final PSR has been completed and submitted to the parties and the Court together with the Probation Officer's cover letter stating that there were no objections to the PSR.

IT IS ORDERED that the Defendant's motion to continue the deadline in ¶ 6 of the sentencing schedule (Filing No. 29) is untimely and is denied.

DATED this 29th day of October, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge